BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN, | Case No. 4:20-cv-6140-JST |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| VARIAN MEDICAL SYSTEMS, INC., DOW R. WILSON, R. ANDREW ECKERT, DAVID J. ILLINGWORTH, JEAN-LUC BUTEL, ANAT ASHKENAZI, REGINA E. DUGAN PH.D., JUDY BRUNER, JEFFREY R. BALSER, M.D., PH.D., PHIL FEBBO, M.D., and MICHELLE LE BEAU, M.S., PH.D., | JUDGE:  Hon. Jon S. Tigar<br>CTRM:   6 – 2nd Floor |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

DATED: October 5, 2020

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
          RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

Of Counsel:

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*